THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE KANE *et al.*, <br><br> Defendants. | CASE NO. C19-0882-JCC <br><br> ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 31). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 31) is APPROVED and ADOPTED;
2. Plaintiff's motion for summary judgment (Dkt. No. 12) is DENIED and Defendants' unopposed cross-motion for summary judgment (Dkt. No. 13) is GRANTED;
3. Plaintiff's civil rights complaint (Dkt. No. 5) and this action are DISMISSED with prejudice; and
4. The Clerk is DIRECTED to send copies of this order to Plaintiff, Defendants, and Judge Theiler.

//

1 | DATED this 28th day of April 2020.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0882-JCC
PAGE - 2